Marvin Laury, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Marvin Laury seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Laury v. Angelone,* No. CA–00–1398–AM (E.D.Va. Aug. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Rodney M. Jones, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Rodney Jones appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny his motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jones v. Walker,* No. CA–00–188–1–2–MU (W.D.N.C. Sept. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Rodney M. JONES, Petitioner–Appellant,

v.

Dean WALKER, Respondent–Appellee.

No. 00–7426.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

James R. BRITT, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 00–7451.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.